UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 16-150 JFW (AS) | Date | October 3, 2016 |
|---|---|---|---|
| Title | *Emmit Williams v. County of San Bernardino* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**          **Order to Show Cause Re: Lack of Prosecution**

On January 26, 2016 Plaintiff Emmit Williams ("Plaintiff") filed a *pro se* civil rights Complaint, pursuant to 42 U.S.C. § 1983. (Docket Entry No. 1). The case was assigned to this Court and a Notice of Assignment was mailed to Plaintiff at the address listed on the Complaint. (Docket Entry No. 3). On July 1, 2016, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend. (Docket Entry No. 10). On August 1, 2016 Plaintiff filed a Request for Extension of Time to File a Third Amended Complaint. (Docket Entry No. 11). On August 3, the Court granted Plaintiff's request, giving Plaintiff a September 1, 2016, deadline to file the Third Amendment Complaint. (Docket Entry No. 12).

To date, Plaintiff has failed to file a Third Amended Complaint, or request an extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Wednesday, November 2, 2016**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Third Amended Complaint that cures the deficiencies in the last pleading, or upon the filing of a declaration under penalty of perjury stating why he is unable to file a Third Amended Complaint.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 16-150 JFW (AS) | Date | October 3, 2016 |
|---|---|---|---|
| Title | *Emmit Williams v. County of San Bernardino* | | |

**under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

Cc: John F. Walter
    United States District Judge

|   |   |   |
|---|---|---|
| 0 | : | 00 |

Initials of Preparer          AF

---