**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMIT WILLIAMS, | ) NO. EDCV 16-0150-JFW (AS) |
| Plaintiff, | ) **ORDER ACCEPTING FINDINGS,** |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| CALIFORNIA DEPARTMENT OF JUSTICE, et. al., | ) **OF UNITED STATES MAGISTRATE** |
| | ) **JUDGE** |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court notes that the Magistrate Judge's Report and Recommendation, which was mailed to Plaintiff at his address of record, was returned as undelivered mail because Plaintiff had been released from custody. See Docket Nos. 22-23. The Court's Order requiring Plaintiff to provide the Court with his current address was also returned as undelivered mail. (Docket Nos. 24-25). Plaintiff has not responded to the Court's Orders, filed objections to the Report and

Recommendation or sought an extension of time to do so, or communicated with the Court. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 11, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE