# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMIT WILLIAMS, | ) | NO. CV 16-0150-JFW (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF JUSTICE, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 11, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE